PROB 12C
(6/16)

Report Date: July 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Lee Allen Jennings    Case Number: 0980 4:19CR06013-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 3, 2019

Original Offense:     Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 33 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Troy J. Clements            Date Supervision Commenced: May 14, 2021

Defense Attorney:     Federal Public Defender     Date Supervision Expires: May 13, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Thomas Jennings is alleged to have violated the above standard condition by failing to report for office appointments as directed.

On May 19, 2021, Thomas Jennings reviewed his judgment for case number 4:19CR06013-SMJ-1, which included all conditions ordered by the Court. Specifically, Mr. Jennings was made aware by his U.S. probation officer that he must report to the probation officer as instructed.

On July 8, 2021, Thomas Jennings was scheduled for an office appointment. This officer connected with Mr. Jennings and learned he was struggling with transportation. Mr. Jennings was asked to report before close of business, in which he agreed. However, Mr. Jennings failed to report to the U.S. Probation Office on July 8, 2021 as directed.

The undersigned officer called Mr. Jennings the following day, July 9, 2021. Regretfully, he did not answer the phone. However, his phone was equipped with voicemail messaging and this officer left a message instructing Mr. Jennings to report on July 12, 2021. Mr. Jennings failed to report to the U.S. Probation Office on July 12, 2021 as directed.

Prob12C
**Re: Jennings, Thomas Lee Allen**
**July 23, 2021**
**Page 2**

On July 14, 2021, the undersigned officer attempted to reach Mr. Jennings at his listed address. Mr. Jennings was not home and would not answer the telephone when called. Mr. Jennings' brother was home and allowed entry into the residence. A business card was placed on the bed in his room instructing him to report to the U.S. Probation Office before close of business on July 14, 2021. However, Mr. Jennings failed to report to the U.S. Probation Office on that day.

2   **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Thomas Jennings is alleged to have violated the above special condition by failing to enter into and successfully completing an approved substance abuse treatment program.

On May 19, 2021, Thomas Jennings reviewed his judgment for case number 4:19CR06013-SMJ-1, which included all conditions ordered by the Court. Specifically, Mr. Jennings was made aware by his U.S. probation officer that he must enter into and successfully complete an approved substance abuse treatment program.

On June 10, 2021, Mr. Jennings attended his initial assessment at Pioneer Human Services for substance abuse treatment. Based on Mr. Jennings screening, the treatment counselor required him to attend 2.1 intensive outpatient treatment services three times each week. Unfortunately, Mr. Jennings became ill and was ordered to quarantine for 14 days. Mr. Jennings was instructed to call his treatment provider for instructions on scheduling and needed to attend virtual services. Regretfully, conversations with his chemical dependency counselor indicated Mr. Jennings has not communicated with their agency since his initial assessment.

3   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Thomas Jennings violated the above-stated conditions of supervision by failing to report for scheduled urinalysis testing on July 12, 2021. This was confirmed by Pioneer Human Services UA attendance roster.

On May 19, 2021, Thomas Jennings reviewed his judgment for case number 4:19CR06013-SMJ-1, which included all conditions ordered by the Court. Specifically, Mr. Jennings was made aware by his U.S. probation officer that he must submit to urinalysis testing as directed by the supervising officer.

Prob12C
Re: Jennings, Thomas Lee Allen
July 23, 2021
Page 3

| | | |
|---|---|---|
| 4 | | **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: It is alleged that Thomas Jennings violated the above-stated condition of supervision by failing to attend mental health treatment services as directed.

On May 19, 2021, Thomas Jennings reviewed his judgment for case number 4:19CR06013-SMJ-1, which included all conditions ordered by the Court. Specifically, Mr. Jennings was made aware by his U.S. probation officer that he follow any treatment recommendations of the evaluating professional.

On June 11, 2021, Mr. Jennings attended his initial assessment at Pioneer Human Services for mental health treatment services. Based on Mr. Jennings screening, the treatment counselor required him to attend services two times each month. Unfortunately, he became ill and was ordered to quarantine for 14 days. Mr. Jennings was instructed to call his treatment provider for instructions on reporting for counseling following his quarantine. Regretfully, conversations with his mental health counselor indicated Mr. Jennings missed scheduled appointments on June 24 and July 1, 2021. Furthermore, there has been no communication with him since his initial assessment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

07/23/2021
Date