PROB 12C
(6/16)

Report Date: May 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Lee Allen Jennings          Case Number: 0980 4:19CR06013-SMJ-1

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 3, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: | May 14, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | May 13, 2024 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/23/2021.

On May 19, 2021, a U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Jennings as outlined in the judgment and sentence. Mr. Jennings acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Thomas Jennings allegedly violated the above-stated condition by failing to report for an office appointment as directed.<br><br>On April 20, 2022, the undersigned officer met with Mr. Jennings at the Pioneer Center East inpatient treatment facility. He was given a business card with an appointment time, May 4, 2022, written on it. Mr. Jennings failed to report for the appointment as directed. |
| 6 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
**Re: Jennings, Thomas Lee Allen**
**May 12, 2022**
**Page 2**

**Supporting Evidence**: Thomas Jennings allegedly violated the above-stated condition by failing to reside at Pura Vida sober living house in Spokane, Washington.

On May 9, 2022, the undersigned officer contacted the resource director of Pura Vida sober living homes and was informed Mr. Jennings checked in on April 29, 2022, and left on May 4, 2022. The Pura Vida resource director stated Mr. Jennings has not been in contact with them since that date, resulting in him losing his placement in their residence.

7   **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Thomas Jennings allegedly violated the above-stated condition by failing to undergo a substance abuse evaluation as directed.

Mr. Jennings was scheduled for an assessment with Pioneer Human Services (PHS) on May 4, 2022. On that date, the undersigned officer received communication from PHS staff and learned Mr. Jennings had failed to report for his appointment and has not attempted to reschedule.

8   **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Thomas Jennings allegedly violated the above-stated condition by failing to undergo a mental health evaluation as directed.

Mr. Jennings was scheduled for a mental health evaluation with Robert Shepard on May 3, 2022. On May 9, 2022, the undersigned officer connected with Mr. Shepard and learned Mr. Jennings had cancelled his appointment and has not rescheduled his evaluation.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/12/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Jennings, Thomas Lee Allen**
**May 12, 2022**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_____05/12/2022_____
Date