PROB 12C
(6/16)

Report Date: September 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas Lee Allen Jennings | Case Number: 0980 4:19CR06013-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley Bastian, Chief U.S. District Judge

Date of Original Sentence: October 3, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 10, 2023) | Prison - 55 days<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: | October 24, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | April 24, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/17/2023.

On October 10, 2023, Mr. Jennings supervised release was revoked. Your Honor ordered Mr. Jennings' release directly to inpatient treatment on October 24, 2023. Since his release, Mr. Jennings has not reviewed his current judgment and sentence with the undersigned officer.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Jennings allegedly violated the above-stated condition on September 6, 2024. On that date, Mr. Jennings was arrested by officers with the Pasco Police Department (PPD) for the crime of third degree assault, pursuant to PPD report 2024-00046165.<br><br>According to PPD report 2024-00046165, local officers were assigned to a call for assistance on August 16, 2024. Officers arrived on the scene and the victim reported he had been beaten by Mr. Jennings with a metal chair. The victim suffered lacerations to the face coupled with a broken eye socket, which required medical intervention. The victim identified Mr. Jennings as the assailant of this encounter. However, Mr. Jennings had fled the scene |

Prob12C
**Re: Jennings, Thomas Lee Allen**
**September 16, 2024**
**Page 2**

prior to the arrival of PPD. Following PPD's investigation, probable cause existed for the arrest of Mr. Jennings.

On September 6, 2024, Mr. Jennings was apprehended and charged with third degree assault, pursuant to PPD report 2024-00046165. The offender remains in Franklin County Jail while this case pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/16/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/17/2024
Date